FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -9  PM 3: 43

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 05-304 |
| VERSUS | * | SECTION " L"(2) |
| BARRY S. SCHEUR | * | VIOLATION:  18 U.S.C. §371 |
| ROBERT McMILLAN | | 18 U.S.C. §1341 |
| RODNEY MOYER | * | 18 U.S.C. §1343 |
| DANETTE BRUNO | | 18 U.S.C. §2 |

\* \* \* \* \* \* \*

### ORDER

See Rec. Doc. 66.
The Defendant is no longer proceeding pro se.

Considering the foregoing Motion to Adopt Pleadings Filed by Co-Defendants,

IT IS HEREBY ORDERED that Defendant, DANETTE BRUNO, be allowed to adopt all pleadings which will be filed on behalf of her co-defendants, said motions to be considered as though filed by Defendant herself.

New Orleans, Louisiana, this 8th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

3